UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Cr. No. 12-cr-33-01-PB

Craig Faulkner

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of March, 2012.

This 7th day of March, 2012.

JOHN P. KACAVAS
United States Attorney

/s/ Jennifer C. Davis

Jennifer C. Davis
Assistant U.S. Attorney

WARRANT ISSUED: _____