UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CRAIG FAULKNER )<br>WENDY FORD )<br>CRAIG FORD )<br>SHARON COTE ) | No. 1:12-cr-33-01/04-PB |

## MOTION TO SEAL

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire hereby moves that the Indictment in the above-captioned case be sealed at Level I, until such time as the defendants are taken into custody. Public disclosure could lead to destruction of evidence and could compromise the ongoing investigation.

JOHN P. KACAVAS
United States Attorney

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney
Bar No. 10222
53 Pleasant Street, 4th Floor
Concord, N.H. 03301
(603) 225-1552

Dated: March 7, 2012

Granted: ____   Denied: ____

_____
**Landya B. McCafferty**
**United States District Court**
**Magistrate Judge**