```
                UNITED STATES DISTRICT COURT     U.S. DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE       DISTRICT OF N.H.
                                                        FILED
UNITED STATES OF AMERICA          )
                                  )              2012 MAR 14  P 4: 21
        v.                        )          No. 1:12-cr-33-01/04-PB
                                  )
CRAIG FAULKNER                    )
WENDY FORD                        )
CRAIG FORD                        )
SHARON COTE                       )
```

## MOTION TO SEAL

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire hereby moves that the Indictment in the above-captioned case be sealed at Level II, until such time as the defendants are taken into custody. Public disclosure before the defendants are taken into custody may result in the destruction of evidence, compromise the ongoing investigation and present a serious threat of harm to potential witnesses.

JOHN P. KACAVAS
United States Attorney

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney
Bar No. 10222
53 Pleasant Street, 4th Floor
Concord, N.H. 03301
(603) 225-1552

Dated: March 14, 2012

Granted: _____  Denied: _____

---

**Landya B. McCafferty**
**United States District Court**
**Magistrate Judge**