UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 APR 12  A 10: 41

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:12-cr-33-01/04-PB |
| v. ) | |
| ) | |
| CRAIG FAULKNER ) | |
| WENDY FORD ) | |
| CRAIG FORD ) | |
| SHARON COTE ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the above-captioned case.

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

April 12, 2012

By: /s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U. S. Attorney
NH Bar # 10222
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

Motion    ☐ Granted    ☐ Denied

_____          _____
Landya B. McCafferty                 Date
United States Magistrate Judge