AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
CONCORD, NH

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

**SEALED DOCUMENT**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  12-CR-33-01-PB |
| Craig Faulkner | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Craig Faulkner                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm; Possession of a Firearm by a Convicted Felon; Distribution of a Controlled Substance;  Aiding and Abetting

Date:  3|8|2012

Issuing officer's signature:  *Kathy DuPont*

City and state:   Concord, New Hampshire

Printed name and title:  *Kathy DuPont, Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)*  4/12/12 , and the person was arrested on *(date)*  4/12/12 at *(city and state)*  Concord NH . |
| Date:  4/12/12          Arresting officer's signature: |
| Joseph Vetenze   DUSA #301 X |
| Printed name and title |

2012 APR 12   A 2: 34
U.S. DISTRICT COURT
DISTRICT OF NH