U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 1 2 2012

**FILED**

IN RE THE MATTER OF:

_Craig Faulker_
(Petitioner's name)

Case No. _12 cr 33-01-PB_
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Craig Faulkner_
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target        ☑ criminal defendant
☐ grand jury witness       ☐ trial witness

☐ other: _____

I am financially unable to hire counsel.  A completed Financial Affidavit is

attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _4/12/12_        _____
                        Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:  In order for
a request for counsel to be considered by the court, the petitioner must attach either
a 1) grand jury target letter, or 2) witness subpoena.

RULING BY JUDICIAL OFFICER

☑  Request Approved.  Appoint counsel.

☐  Request Denied.

Date: _4-12-12_        _____
                        U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)