UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA,   \*
                            \*
        -- vs. --            \*        Criminal Number <u>12-CR-033-01-PB</u>
                            \*
CRAIG FAULKNER,             \*
                            \*
                Defendant.  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**APPEARANCE**</u>

Please enter my APPEARANCE, as co-counsel, for the Defendant, Craig Faulkner, in the above captioned matter.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify under oath and under the pains and penalties of perjury that I served the above pleading to those parties appearing in this action by service electronically thereto and by mailing the same, postage prepaid, by first class mail to those not appearing electronically, including, but not limited to all pro se parties.

Respectfully submitted,
Craig Faulkner,
By His Attorneys,
Paul J. Garrity, Esquire
Garrity Law Office
14 Londonderry Road
Londonderry, NH 03053

Telephone : 603-434-4106
Email : garritylaw@myfairpoint.net

Signature Valid Joseph S. Provanzano, Esquire
Digitally Signed By Joseph S. Provanzano, Esquire
DN CN = Joseph S. Provanzano, Esquire C = US
Date : 2012.07.20 02:55:02-05'00'
<u>/s/ Joseph S. Provanzano, Esquire</u>
Joseph S. Provanzano, Esquire
BBO # 407400
**LAW OFFICES OF
JOSEPH S. PROVANZANO**
16 Bourbon Street, Suite C

Peabody,  MA  01960-1338
provanzanolaw@aol.com

Tel.    : [978] 535 - 8222
Date   : Friday, July 20, 2012
File    : P09-2700