UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*****************************************
UNITED STATES OF AMERICA,         *
                                  *
     --vs.--                      *
                                  *   Criminal No. 12-cr-033-01-PB
                                  *
CRAIG FAULKNER,                   *
                                  *
                      Defendant.  *
*****************************************
```

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUL 31 A 10: 15

## DEFENDANT'S WAIVER OF A SPEEDY TRIAL

I, Craig Faulkner, hereby waive my right to a speedy trial in order to allow this case to be continued ninety to one hundred twenty days from the scheduled Pretrial date of July 31, 2012 and the Trial Date of August 21, 2012, pursuant to the granting of the Motion to Continue these dates.

Date July 20, 2012

_____
Craig Faulkner

## CERTIFICATE OF SERVICE

I certify that true copy of this waiver has been sent to Assistant United States Attorney Jennifer Davis by first class mail of this date.

7/24/12
Date

_____
Craig Faulkner

Law Offices Of
JOSEPH S. PROVANZANO