UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-Cr-033-01-PB |
| | ) | |
| CRAIG FAULKNER | ) | |

INFORMATION OF PRIOR CONVICTION UNDER 21 U.S.C. § 851

The United States of America, by John P. Kacavas, United States Attorney for the District of New Hampshire, hereby files the following information, pursuant to Title 21, United States Code, Section 851(a)(1), advising the Court that the defendant, Craig Faulkner, has been previously convicted of a felony drug offense. On July 18, 2005, the defendant was convicted by the Hillsborough County (NH) Superior Court for Sale of a Controlled Drug (Oxycodone) in violation of NH R.S.A. 318-B:2 for which he was sentenced to two to four years imprisonment. *State of New Hampshire v. Craig Faulkner*, Docket No. 04-S-1504.

Accordingly, the United States respectfully requests that the defendant, Craig Faulkner, be subjected to the enhanced penalties set forth at Title 21, United States Code, Section 841(b)(1)(C). With the filing of this information, the applicable maximum term of imprisonment is thirty years, the applicable minimum fine is $2,000,000 and the applicable term of supervised release is six years.

Dated: October 12, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOHN P. KACAVAS
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By: /s/ Jennifer C. Davis
　　　　　　　　　　　　　　　　　　　　Jennifer Cole Davis
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　N.H. Bar Assoc. # 10222
　　　　　　　　　　　　　　　　　　　　55 Pleasant Street, Room 352
　　　　　　　　　　　　　　　　　　　　Concord, New Hampshire 03301
　　　　　　　　　　　　　　　　　　　　(603) 225-1552


CERTIFICATION

　　　I hereby certify that this Notice was filed and service made electronically, this date, on Joseph Provanzano, Esquire and Paul Garrity, Esquire, counsel for defendant Faulkner.

　　　　　　　　　　　　　　　　　　　　By: /s/ Jennifer C . Davis
　　　　　　　　　　　　　　　　　　　　Jennifer Cole Davis