**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:12-cr-33-01-PB |
| ) | |
| CRAIG FAULKNER ) | |

**PRELIMINARY ORDER OF FORFEITURE**

1. The defendant, Craig Faulkner, has pleaded guilty to Counts One, Two, Three, and Nine of an Indictment. Count One charges the defendant with possession of an unregistered firearm, in violation of 26 U.S.C. §§ 5861(d), 5841 and 5871. Counts Two and Three charge the defendant with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Count Nine charges the defendant with unlawful distribution and aiding and abetting the distribution of Oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

2. As part of defendant Faulkner's Plea Agreement at section 13, he has agreed to forfeit the following assets:

   A) One W.M. Enders, Model Oak Leaf, 16 gauge shotgun, serial number 106BT;

   B) One Walther, Model Sport Mark II, .22 caliber pistol, serial number 58435C; and

   C) One Llama, .380 caliber pistol, serial number A52800.

3. Based upon the provisions of the Plea Agreement, the asset listed in paragraph two, above, shall be forfeited pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS ORDERED that all of the defendant's right, title and interest in the following assets is hereby forfeited to the United States:

A) One W.M. Enders, Model Oak Leaf, 16 gauge shotgun, serial number 106BT;

B) One Walther, Model Sport Mark II, .22 caliber pistol, serial number 58435C; and

C) One Llama, .380 caliber pistol, serial number A52800.

IT IS FURTHER ORDERED that this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the Judgment, pursuant to Rule 32.2(a)(3).

The Clerk shall send two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, copies to the United States Probation Office and to counsel for all parties.

Entered this __4__ day of ___January___, 2013

/s/ Paul Barbadoro
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      US Probation