UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:12-cr-33-01-PB |
| ) | |
| CRAIG FAULKNER ) | |

FINAL ORDER OF FORFEITURE

1. A Preliminary Order of Forfeiture was entered against Craig Faulkner on January 4, 2013, ordering the Defendant to forfeit his interest in the following property: (A) One W.M. Enders, Model Oak Leaf, 16 gauge shotgun, serial number 106BT; (B) One Walther, Model Sport Mark II, .22 caliber pistol, serial number 58435C; and (C) One Llama, .380 caliber pistol, serial number A52800, seized from Craig Faulkner.

2. Pursuant to Criminal Rule 32.2(b)(6)(C) and Rule G(4)(a)(i)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims, notice of the preliminary order was not published because the value of the forfeited firearm is less than $1,000.00. No other potential claimants were known to the United States.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to: (A) One W.M. Enders, Model Oak Leaf, 16 gauge shotgun, serial number 106BT; (B) One Walther, Model Sport Mark II, .22 caliber pistol, serial number 58435C; and (C) One Llama, .380 caliber pistol, serial number A52800, seized from Craig Faulkner, is hereby condemned, forfeited and vested to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), free of the claims and interests of any other person or entity, and that the property described above shall be disposed of by the United States Marshals Service in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Marshals Service, one copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Jennifer Cole Davis, and a copy to all counsel of record.

Dated: February 20, 2013          /s/ Paul Barbadoro
                                  UNITED STATES DISTRICT JUDGE


cc:   Counsel of Record
      US Marshal
      US Probation