UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

v.                                           Case No. 12-cr-033-01-PB

**Craig Faulkner**

**N O T I C E**

At sentencing in the above-captioned case, the court ordered that, as a condition of supervised release, pursuant to 42 U.S.C. § 14135a the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons or at the direction of the United States Probation Office.  Due to a clerical error, however, that specific condition of supervised release was not included in the Judgment dated February 25, 2013.  Thus, consistent with Fed. R. Crim. P. 36, this Clerk's Notice is intended to inform the parties of the intention of the sentencing judge to issue an Amended Judgment that will include the previously mentioned omitted condition of supervised release.

While no responsive pleading is required, the parties have fourteen (14) days from the date of this notice to file a pleading providing a factual or legal basis why the court should not issue the contemplated corrective Amended Judgment.  Absent

1

2

cause shown by a party within this time period, the sentencing judge will enter an Amended Judgment as indicated above.

By Order of the Court,

May 7, 2013  /s/James R. Starr
James R. Starr
Clerk of Court

cc: Counsel of Record